UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | CHAPTER: 13 |
| LISA W. SISTRUNK | : | |
| | : | BANKRUPTCY NO. 18-15362 |
| LISA W. SISTRUNK | : | |
| Movant | : | |
| vs. | : | |
| EXETER FINANCE CORP. | : | |
| Respondent | : | |

**ORDER DETERMINING THE VALUE OF SECURITY AND
CREDITOR'S ALLOWED SECURED CLAIM**

AND NOW, this __18th__ day of __September__, 2018, upon the Debtor's Motion to Determine the Value of Security and Creditor's Allowed Secured Claim, it is hereby

ORDERED AND DECREED that the value of security and the allowed secured claim of Exeter Finance Corp. in Debtor's 2015 KIA Optima vehicle is $10,800.00. The balance of the claim of Exeter Finance Corp. is an unsecured claim.

_____
Ashely M. Chan
United States Bankruptcy Judge

Service List:

**United States Trustee**
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107

**WILLIAM C. MILLER, Esq.**
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

Creditor:
Exeter Finance Corp.
PO Box 166008
Irving, TX 75016

Exeter Finance Corp.
PO Box 166097
Irving, TX 75016

Clair M. Stewart, Esquire
100 S. Broad Street #1523
Philadelphia, PA 19110
*Attorney for Debtor*