United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Lisa W. Sistrunk  
     Debtor

Case No. 18-15362-amc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: DonnaR     Page 1 of 1     Date Rcvd: Sep 18, 2018  
                   Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 20, 2018.  
db          +Lisa W. Sistrunk,    313 E. Cliveden,    Philadelphia, PA 19119-2321

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                         TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2018                                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 18, 2018 at the address(es) listed below:  
         CLAIR M. STEWART    on behalf of Debtor Lisa W. Sistrunk clairstewart@cstewartlaw.com, clairstewartecfmail@gmail.com  
         REBECCA ANN SOLARZ    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust bkgroup@kmllawgroup.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com  
                                                                                         TOTAL: 4

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:   :   CHAPTER: 13
         :
LISA W. SISTRUNK   :
         :   BANKRUPTCY NO. 18-15362

LISA W. SISTRUNK   :
         :
         Movant   :
         :
vs.   :
         :
EXETER FINANCE CORP.   :
         :
         Respondent   :

ORDER DETERMINING THE VALUE OF SECURITY AND
CREDITOR'S ALLOWED SECURED CLAIM

  AND NOW, this __18th__ day of __September__, 2018, upon the Debtor's Motion to Determine the Value of Security and Creditor's Allowed Secured Claim, it is hereby

  ORDERED AND DECREED that the value of security and the allowed secured claim of Exeter Finance Corp. in Debtor's 2015 KIA Optima vehicle is $10,800.00. The balance of the claim of Exeter Finance Corp. is an unsecured claim.

_____
Ashely M. Chan
United States Bankruptcy Judge

Service List:

**United States Trustee**
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107

**WILLIAM C. MILLER, Esq.**
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

Creditor:
Exeter Finance Corp.
PO Box 166008
Irving, TX 75016

Exeter Finance Corp.
PO Box 166097
Irving, TX 75016

Clair M. Stewart, Esquire
100 S. Broad Street #1523
Philadelphia, PA 19110
*Attorney for Debtor*