Case 18-15362-amc    Doc 31    Filed 11/16/18    Entered 11/16/18 17:18:38    Desc Main
Document    Page 1 of 1

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Lisa W. Sistrunk aka Lisa Rich aka Lisa Rich-Sistrunk<br><br>                                    Debtor | CHAPTER 13 |
| Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust<br>                                    Movant<br>              vs.<br><br>Lisa W. Sistrunk aka Lisa Rich aka Lisa Rich-Sistrunk<br>                                    Respondent | NO. 18-15362 AMC |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

   Kindly withdraw the Objection of Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust to Confirmation of Chapter 13 Plan, which was filed with the Court on or about October 29, 2018 (Document No. 26).

                              Respectfully submitted,

                              **/s/ Rebecca A. Solarz, Esquire**
                              Rebecca A. Solarz, Esquire
                              Attorney for Movant
                              KML Law Group, P.C.
                              BNY Mellon Independence Center
                              701 Market Street, Suite 5000
                              Philadelphia, PA  19106
                              215-627-1322

November 16, 2018