**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | CHAPTER: 13 |
| Lisa Sistrunk, | : | BANKRUPTCY NO. 18-15362 |
| Debtor | : | |

CERTIFICATE OF SERVICE

    I, Clair M. Stewart, attorney for Debtor do hereby certify that a true and correct copy of the foregoing **Third Amended Chapter 13 Plan** has been served on the date below electronic means and/or first class regular mail upon those listed below:

Kevin G. McDonald, Esquire
Rebecca A. Solarz, Esquire
KML LAW GROUP, P.C.
701 Market St. Suite 5000
Philadelphia, PA 19106

Cavalry SPV I, LLC
500 Summit Lake Drive, Ste 400
Valhalla, NY 10595

Citizens Bank N.A.
One Citizens Way JCA115
Johnston, RI 02919

Regional Acceptance Corporation
PO Box 1847
Wilson, NC 27894-1847

Philadelphia Gas Works
800 W Montgomery Avenue
Philadelphia Pa,19122
Attn: Bankruptcy Dept 3F

Quantum3 Group LLC as agent for
Comenity Bank
PO Box 788
Kirkland, WA 98083-0788

Exeter Finance LLC c/o AIS Portfolio Services, LP
4515 N Santa Fe Ave. Dept. APS
Oklahoma City OK 73118
ecfnotices@ascensioncapitalgroup.com

Rushmore Loan Management Services
P.O. Box 55004
Irvine, CA 92619-2708

City of Philadelphia
Law Department Tax & Revenue Unit
Bankruptcy Group, MSB
1401 John F. Kennedy Blvd., 5th Floor
Philadelphia, PA 19102-1595

United States Trustee

Chapter 13 Trustee


Dated: March 23, 2019                /s/ Clair M. Stewart
                                     Clair M. Stewart, Esquire
                                     Attorney for Debtor