# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | CHAPTER: 13 |
| LISA N. SISTRUNK, | : | BANKRUPTCY NO. 18-15362-AMC |
| **Debtor** | : | |

## ORDER

AND NOW, this  29th  day of  April , 2019, upon consideration of the foregoing Application for Compensation and Reimbursement of Expenses and upon the certification of the Debtor's Counsel (the "Applicant") that proper service has been made on all interested parties, and upon the Applicant's certification of no response,

IT is hereby ORDERED that:

1. The Application is **GRANTED.**

2. Compensation in the amount of $3,750.75 and costs in the amount of $31.00 are allowed in favor of the Applicant.

3. To the extent that funds are available, the Chapter 13 Trustee is authorized to distribute to the Applicant the allowed compensation and costs set forth in paragraph 2 above, **less $1,510.00,** which was paid by the Debtor prepetition, as an administrative expense pursuant to 11 U.S.C. §1326 (b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B).

4. All remaining funds, if any, shall be disbursed in accordance with 11 U.S.C. §349(b)(3).

BY THE COURT:

_____
Ashely M. Chan
United States Bankruptcy Judge