| In re: | | Case No. |
|---|---|---|
| LISA SISTRUNK | | 18-15362-AMC-13 |
| | | |
| Debtor(s). | | |

## CHANGE OF PAYMENT ADDRESS FOR CREDITOR

Exeter Finance LLC hereby requests that the mailing address pertaining to payments in the above case be changed.

From:

Exeter Finance LLC

PO Box 167399

Irving TX 75016

To:

Exeter Finance LLC

PO Box 650693

Dallas, TX 75265-0693

Date: 12-20-19

Signature

Name: Tina Jeffery

Address: 2250 John Carpenter Frwy
Suite 100
Irving, TX 75063