# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 18-15362-AMC

LISA W SISTRUNK

313 E. CLIVEDEN

PHILADELPHIA, PA 19119

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

LISA W SISTRUNK

313 E. CLIVEDEN

PHILADELPHIA, PA 19119

Counsel for debtor(s), by electronic notice only.

CLAIR M STEWART
100 S. BROAD STREET
SUITE 1523
PHILADELPHIA, PA 19110-

Date: 2/3/2020

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee