# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | **CHAPTER: 13** |
| **LISA W. SISTRUNK** | : | |
| | : | **BANKRUPTCY NO. 18-15362** |

## MOTION FOR MODIFICATION OF DEBTOR'S THIRD AMENDED CHAPTER 13 PLAN POST-CONFIRMATION

NOW COMES the Movant, Lisa W. Sistrunk, by and through her attorney, Clair M. Stewart, Esquire, and moves this court to permit her to file a Modified Third Amended Chapter 13 Plan as provided in **Exhibit "A",** attached hereto and incorporated herein, and in support thereof, avers the following:

1. This matter was commenced on August 13, 2018 when the Debtor filed a Chapter 13 Bankruptcy in the above-captioned term and number.

2. The Debtor's Third Amended Plan, attached hereto and incorporated herein as **Exhibit "B",** was confirmed by this Court on or about April 18, 2019 and required the Debtor to pay to the trustee the following:

- $3,527.00 for the first seven (7) months;
- $707.20 for fifty three (53) months of the plan.

3. The proposed modified Plan, attached to this Motion as **Exhibit "A",** provides for payments as follows:

- $8,839.00 for the first eighteen (18) months;
- $806.25 for the remaining forty two (42) months of the plan.

4. The modification to the Debtor's Third Amended Chapter 13 Plan is necessary for the following reasons:

   a. After confirmation of the Chapter 13 plan, Debtor's father passed away on May 20, 2019. Debtor's sister subsequently passed away on August 14, 2019.

   c. As a result, Debtor was required to expend funds to pay for funeral and related expenses.

   d. These unforeseen but necessary financial expenditures caused Debtor undue financial hardship and Debtor fell behind on her Trustee payments.

   e. Debtor's Trustee arrears as of the filing of this Motion are $2,467.20.

   f. Debtor's current Trustee payments are $707.20.

   g. Debtor will be able to continue with her Trustee payments and her bankruptcy with a modified Third Amended Chapter 13 plan to include the current arrears.

5. Debtor proposes the following changes to the plan:

   a. Additional attorney fees of $1,540.00

   b. New trustee payments in the amount of $806.25 to include the arrears in the amount of $2,467.20 as of the filing of the instant Motion.

6. The modified Plan, as attached hereto as **Exhibit "A"** meets all requirements for Chapter 13 Plan confirmation as provided in 11 U.S.C. 1329, et seq.

WHEREFORE, the Debtor requests your Honorable Court to permit her to modify her Third Amended Chapter 13 Plan post-confirmation.

Dated: March 10, 2020

/s/ Clair M. Stewart  
Clair M. Stewart, Esquire  
100 S. Broad Street #1523  
Philadelphia, PA 19102  
215-564-5150 (phone)  
215-405-8055 (fax)  
Attorney for Debtor