# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| **In re:** | : | **CHAPTER: 13** |
| | : | |
| **LISA N. SISTRUNK,** | : | **BANKRUPTCY NO. 18-15362-AMC** |
| | : | |
| **Debtor** | : | |
| | : | |

## ORDER

AND NOW, this _____ day of _____, 2020, upon consideration of the foregoing Supplemental Application For Compensation And Reimbursement Of Expenses For Services Performed After Confirmation Of Chapter 13 Plan and upon the certification of the Debtor's Counsel (the "Applicant") that proper service has been made on all interested parties, and upon the Applicant's certification of no response,

IT is hereby ORDERED that:

1. The Application is **GRANTED.**

2. Compensation in the amount of $1,540.00 and costs in the amount of $0 are allowed in favor of the Applicant.

3. To the extent that funds are available, the Chapter 13 Trustee is authorized to distribute to the Applicant the allowed compensation and costs set forth in paragraph 2 above as an administrative expense pursuant to 11 U.S.C. §1326 (b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B).

4. All remaining funds, if any, shall be disbursed in accordance with 11 U.S.C. §349(b)(3).

BY THE COURT:

**Date: April 3, 2020**

_____

J.