United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Lisa N. Sistrunk  
    Debtor

Case No. 18-15362-amc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Lisa    Page 1 of 1    Date Rcvd: Apr 03, 2020  
                 Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 05, 2020.  
db         +Lisa N. Sistrunk,    313 E. Cliveden Street,    Philadelphia, PA 19119-2321

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
cr         +E-mail/PDF: acg.acg.ebn@americaninfosource.com Apr 04 2020 04:46:54  
          Exeter Finance LLC, c/o AIS Portfolio Services, LP,    4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901  
                                                                                                                          TOTAL: 1

             ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 05, 2020                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 3, 2020 at the address(es) listed below:  
       CLAIR M. STEWART     on behalf of Debtor Lisa N. Sistrunk clairstewart@cstewartlaw.com, clairstewartecfmail@gmail.com  
       KEVIN G. MCDONALD     on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust bkgroup@kmllawgroup.com  
       REBECCA ANN SOLARZ     on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust bkgroup@kmllawgroup.com  
       United States Trustee     USTPRegion03.PH.ECF@usdoj.gov  
       WILLIAM C. MILLER, Esq.     ecfemails@ph13trustee.com,    philaecf@gmail.com  
                                                                                                                        TOTAL: 5

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | CHAPTER: 13 |
| LISA N. SISTRUNK, | : | BANKRUPTCY NO. 18-15362-AMC |
| Debtor | : | |

## ORDER

AND NOW, this _____ day of _____, 2020, upon consideration of the foregoing Supplemental Application For Compensation And Reimbursement Of Expenses For Services Performed After Confirmation Of Chapter 13 Plan and upon the certification of the Debtor's Counsel (the "Applicant") that proper service has been made on all interested parties, and upon the Applicant's certification of no response,

IT is hereby ORDERED that:

1. The Application is **GRANTED.**

2. Compensation in the amount of $1,540.00 and costs in the amount of $0 are allowed in favor of the Applicant.

3. To the extent that funds are available, the Chapter 13 Trustee is authorized to distribute to the Applicant the allowed compensation and costs set forth in paragraph 2 above as an administrative expense pursuant to 11 U.S.C. §1326 (b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B).

4. All remaining funds, if any, shall be disbursed in accordance with 11 U.S.C. §349(b)(3).

BY THE COURT:

**Date: April 3, 2020**

_____

J.