# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | CHAPTER: 13 |
| LISA W. SISTRUNK | : | |
| | : | BANKRUPTCY NO. 18-15362 |

## ORDER

AND NOW, this _____ day of _____, 2020, upon consideration of Debtor's Motion for Modification of Debtor's Third Amended Chapter 13 Plan Post-Confirmation and opportunity for a hearing, it is Ordered that the Debtor's Motion is granted.

IT IS FURTHER ORDERED that Debtor's Modified Third Amended Chapter 13 Plan dated March 10, 2020 and attached to the Debtor's Motion to Modify Debtor's Plan Post-Confirmation as Exhibit "A" and docketed as Number 59 on the court docket, is approved and confirmed.

BY THE COURT:

**Date: April 9, 2020**

_____

Judge Ashely M. Chan