United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Lisa N. Sistrunk  
    Debtor

Case No. 18-15362-amc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Lisa    Page 1 of 1    Date Rcvd: Apr 09, 2020  
                    Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 11, 2020.  
db         +Lisa N. Sistrunk,   313 E. Cliveden Street,   Philadelphia, PA 19119-2321

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
cr         +E-mail/PDF: acg.acg.ebn@americaninfosource.com Apr 10 2020 04:46:17  
           Exeter Finance LLC, c/o AIS Portfolio Services, LP,   4515 N Santa Fe Ave. Dept. APS,   Oklahoma City, OK 73118-7901  
                                                                                                                                            TOTAL: 1

             ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 11, 2020                                                                   Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 9, 2020 at the address(es) listed below:  
        CLAIR M. STEWART   on behalf of Debtor Lisa N. Sistrunk clairstewart@cstewartlaw.com, clairstewartecfmail@gmail.com  
        KEVIN G. MCDONALD   on behalf of Creditor   Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust bkgroup@kmllawgroup.com  
        REBECCA ANN SOLARZ   on behalf of Creditor   Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust bkgroup@kmllawgroup.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,  philaecf@gmail.com  
                                                                                                                           TOTAL: 5

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | CHAPTER: 13 |
| LISA W. SISTRUNK | : | |
| | : | BANKRUPTCY NO. 18-15362 |

**ORDER**

AND NOW, this _____ day of _____, 2020, upon consideration of Debtor's Motion for Modification of Debtor's Third Amended Chapter 13 Plan Post-Confirmation and opportunity for a hearing, it is Ordered that the Debtor's Motion is granted.

IT IS FURTHER ORDERED that Debtor's Modified Third Amended Chapter 13 Plan dated March 10, 2020 and attached to the Debtor's Motion to Modify Debtor's Plan Post-Confirmation as Exhibit "A" and docketed as Number 59 on the court docket, is approved and confirmed.

BY THE COURT:

Date: April 9, 2020

_____
Judge Ashely M. Chan