UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

IN RE:                                             CASE NO.: 18-15362-elf
                                                                                                   **CHAPTER 13**

**Lisa N. Sistrunk,**
   **Debtor.**

_____/

**REQUEST FOR SERVICE**

     **PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID & CRANE LLC
10700 ABBOTT'S BRIDGE ROAD, SUITE 170,
DULUTH, GA 30097**

                                               Robertson, Anschutz, Schneid & Crane LLC
                                               Authorized Agent for Secured Creditor
                                               10700 Abbott's Bridge Road, Suite 170,
                                               Duluth, GA 30097
                                               Telephone: 470-321-7112

                                               By: /s/Charles Wohlrab
                                                   Charles Wohlrab
                                                   Email: CWohlrab@rascrane.com

## **CERTIFICATE OF SERVICE**

   **I HEREBY CERTIFY** that on August 20, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

LISA N. SISTRUNK
313 E. CLIVEDEN STREET
PHILADELPHIA, PA 19119

And via electronic mail to:

ATTORNEY AT LAW
100 S. BROAD STREET
 SUITE 1523
PHILADELPHIA, PA 19110

WILLIAM C. MILLER, ESQ.
CHAPTER 13 TRUSTEE
P.O. BOX 1229
PHILADELPHIA, PA 19105

UNITED STATES TRUSTEE
OFFICE OF THE U.S. TRUSTEE
200 CHESTNUT STREET
SUITE 502
PHILADELPHIA, PA 19106

               By: /s/ Luwam Habtegabir
               Luwam Habtegabir
               Email: lhabtegabir@rascrane.com