# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| In re: | : | CHAPTER: 13 |
|  | : |  |
| LISA SISTRUNK | : |  |
|  | : | BANKRUPTCY NO. 18-15362 |

## NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

Debtor filed a Motion for Second Modification of Third Amended Chapter 13 Plan Post Confirmation.

**<u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in this Bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want the Court to grant the relief sought in the Motion or if you want the Court to consider your views on the Motion, then on or before **March 23, 2021**, you or your attorney must do **all** of the following:

    a.  file an answer explaining your position at:

> Clerk's Office, U.S. Bankruptcy Court
> The Robert Nix Building
> 900 Market Street
> Philadelphia, PA 19107

If you mail your answer to the Bankruptcy Clerk's Office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    b.  mail a copy to the Movant's attorney

| | |
|---|---|
| Attorney's Name: | Clair M. Stewart, Esquire |
| Attorney's Address: | 100 S. Broad Street #1523 |
| | Philadelphia, PA 19102 |
| Telephone Number: | 215-564-5150 |
| Fax Number: | 215-405-8055 |

If applicable, name and address of others to be served:

**United States Trustee**
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107

**WILLIAM C. MILLER, Esq.**
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

  2.  If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the Court may enter an Order granting the relief requested in the Motion.

  3.  A hearing on the Motion is scheduled to be held before the **Honorable Eric L. Frank on April 6, 2021 at 10:00 a.m. in Courtroom #1, United States Bankruptcy Court, the Robert Nix Building, 900 Market Street, Philadelphia, PA 19107**. Unless the Court orders otherwise, the hearing on this contested matter will be an evidentiary hearing at which witnesses may testify with respect to disputed material factual issues in the manner directed by Fed. R. Bankr. P. 9014(d).  **PLEASE REFER TO THE COURT SITE (https://www.paeb.uscourts.gov) FREQUENTLY FOR UPDATED GUIDANCE REGARDING OPERATIONS AND PROCEDURES DURING COVID-19.**

  4.  If a copy of the motion is not enclosed, a copy of the motion will be provided to you request a copy from the attorneys named in paragraph 1(b).

  5.  You may contact the Bankruptcy Clerk's office at (215) 408-2800 to find out whether the hearing has been cancelled because no one has filed an answer.

Date: March 2, 2021              /s/ Clair M. Stewart
                         Clair M. Stewart, Esquire
                         Attorney for Debtor
                         100 S. Broad Street #1523
                         Philadelphia, PA 19102
                         215-564-5150