## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                    :        Chapter 13
     LISA N. SISTRUNK,                 :
         Debtor                   :        Bky. No.  18-15362 ELF

# O R D E R

**AND NOW,** upon consideration of the Debtor's Motion to Modify Confirmed Plan ("the Motion"), and after notice and hearing, and with the consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtor's Amended Chapter 13 Plan (Doc. #81) is **APPROVED**.

Date:   **April 6, 2021**

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**