# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

In re:  :  CHAPTER: 13

LISA W. SISTRUNK  :

  :  BANKRUPTCY NO. 18-15362

## ORDER

AND NOW, this __15th__ day of __April__, 2021, upon consideration of the foregoing Second Supplemental Application For Compensation And Reimbursement Of Expenses For Services Performed After Confirmation Of Modified Third Amended Chapter 13 Plan and upon the certification of the Debtor's Counsel (the "Applicant") that proper service has been made on all interested parties, and upon the Applicant's certification of no response,

IT is hereby **ORDERED** that:

1. The Application is **GRANTED.**

2. Supplemental compensation in the amount of **$1,000.00** is allowed in favor of the Applicant.

3. To the extent that funds are available, the Chapter 13 Trustee is authorized to distribute to the Applicant the allowed compensation and costs set forth in paragraph 2 above as an administrative expense pursuant to 11 U.S.C. §1326 (b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B).

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**