*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Lisa N. Sistrunk
    Debtor(s)

Case No: 18−15362−mdc

Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

Certification of Default of Stipulation Terms Filed by MARK A. CRONIN on behalf of Wilmington Savings Fund Society, FSB, d/b/a Chistiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust

    on: 1/2/24

    at: 10:30 AM

    in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

Date: 11/29/23

For The Court

Timothy B. McGrath
Clerk of Court

119 − 117
Form 167