United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-15362-mdc |
| Lisa N. Sistrunk | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Nov 29, 2023 | Form ID: 167 | Total Noticed: 35 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 01, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lisa N. Sistrunk, 313 E. Cliveden Street, Philadelphia, PA 19119-2321 |
| 14180645 | + | American Web Loan, 2128 N 14th St #130, Ponca City, OK 74601-1831 |
| 14180650 | | Ditech, Attn: Bankruptcy, Po Box 6172, Rapid City, SD 57709 |
| 14180651 | + | Ditech Financial LLC, 3000 Bayport Drive Suite 8800, Tampa, FL 33607-8402 |
| 14180653 | + | Joseph Donald Vincent, 313 E Cliveden Street, Philadelphia, PA 19119-2321 |
| 14180655 | + | Kevin G. McDonald, Esquire, KML Law Group PC, 701 Market Street Suite 5000, Philadelphia, PA 19106-1541 |
| 14180658 | + | PA Turnpike Commission, Violation Processing Center, 8000 C Derry Street, Harrisburg, PA 17111-5287 |
| 14197163 | + | Rebecca A Solarz, Esquire, KML Law Group, P.C., c/o Rushmore Managment Servicer, for Wilmington Savings Fund Society, 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 30 2023 00:27:50 | Exeter Finance LLC, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: RASEBN@raslg.com | Nov 30 2023 00:22:00 | Wilmington Savings Fund Society, Robertson, Anschutz, Schneid & Crane LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth,, GA 30097-8461 |
| 14180646 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Nov 30 2023 00:21:00 | Citiznsbnkna, Attn: Bankruptcy Department, One Citizens Plaza, Providence, RI 02903 |
| 14184272 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Nov 30 2023 00:21:00 | Citizens Bank N.A., One Citizens Way JCA115, Johnston, RI 02919 |
| 14212450 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Nov 30 2023 00:21:00 | Citizens Bank NA, One Citizens Way JCA115, Johnston, RI 02919 |
| 14212449 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Nov 30 2023 00:21:00 | Citizens Bank, NA, Attn: Bankruptcy Department, One Citizens Plaza, Providence, RI 02903 |
| 14264078 | | Email/Text: megan.harper@phila.gov | Nov 30 2023 00:22:00 | City of Philadelphia, Law Department Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14181721 | + | Email/Text: bankruptcy@cavps.com | Nov 30 2023 00:22:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14180647 | + | Email/Text: bankruptcy@philapark.org | Nov 30 2023 00:22:00 | City of Philadelphia Parking Violations, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14180648 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 30 2023 00:22:00 | Comenity Bank/Express, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14180649 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 30 2023 00:22:00 | Comenitybank/New York, Attn: Bankruptcy Dept, |

Case 18-15362-mdc   Doc 120   Filed 12/01/23   Entered 12/02/23 00:35:53   Desc
Imaged Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 29, 2023 | Form ID: 167 | Total Noticed: 35 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Po Box 182125, Columbus, OH 43218-2125 |
| 14180652 | + | Email/PDF: acg.exeter.ebn@aisinfo.com | Nov 30 2023 00:27:50 | Exeter Finance Corp, Po Box 166008, Irving, TX 75016-6008 |
| 14213705 | | Email/PDF: acg.exeter.ebn@aisinfo.com | Nov 30 2023 00:27:45 | Exeter Finance LLC, PO Box 650693, Dallas TX 75265-0693 |
| 14182281 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 30 2023 00:27:51 | Exeter Finance LLC, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14586976 | | Email/Text: JCAP_BNC_Notices@jcap.com | Nov 30 2023 00:22:00 | JEFFERSON CAPITAL SYSTEMS LLC, PO Box 7999, St Cloud MN 56302 |
| 14180656 | ^ | MEBN | Nov 30 2023 00:21:41 | Mercantile Adjustment Bureau, LLC, 165 Lawrence Bell Drive, Suite 100, Buffalo, NY 14221-7900 |
| 14180657 | + | Email/Text: bankruptcy@moneylion.com | Nov 30 2023 00:22:00 | Moneylion, Po Box 1547, Sandy, UT 84091-1547 |
| 14180660 | | Email/Text: bankruptcies@penncredit.com | Nov 30 2023 00:22:00 | PennCredit, 916 S. 14th Street, PO Box 988, Harrisburg, PA 17108-0988 |
| 14191967 | ^ | MEBN | Nov 30 2023 00:21:41 | Philadelphia Gas Works, 800 W Montgomery Avenue, Philadelphia Pa 19122-2898, Attn: Bankruptcy Dept 3F |
| 14212663 | | Email/Text: bnc-quantum@quantum3group.com | Nov 30 2023 00:22:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14180662 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Nov 30 2023 00:27:41 | Regional Acceptance Co, 304 Kellm Road, Virginia Beach, VA 23462-2712 |
| 14189917 | | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Nov 30 2023 00:27:41 | Regional Acceptance Corporation, PO Box 1847, Wilson, NC 27894-1847 |
| 14216655 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 30 2023 00:22:00 | Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
| 14180663 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Nov 30 2023 00:27:40 | Wells Fargo Jewelry Advantage, Attn: Bankruptcy, Po Box 10438, Des Moines, IA 50306-0438 |
| 14531257 | + | Email/Text: RASEBN@raslg.com | Nov 30 2023 00:22:00 | Wilmington Savings Fund Society, CO Charles Wohlrab, Esq., Robertson, Anschutz, Schneid & Crane LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth GA 30097-8461 |
| 14525263 | + | Email/Text: bkteam@selenefinance.com | Nov 30 2023 00:22:00 | Wilmington Savings Fund Society, FSB, Selene Finance LP, Attn: BK Dept, 3501 Olympus Blvd, Suite 500, Dallas, TX 75019-6295 |
| 14180664 | + | Email/Text: admin@rosebudlending.com | Nov 30 2023 00:22:00 | Zoca Loans/Rosebud Lending LZO, 27565 Research Park Dr, PO Box 1147, Mission, SD 57555-1147 |

TOTAL: 27

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems LLC, PO Box 7999, St Cloud, MN 56302-9617 |
| 14180654 | *+ | Joseph Donald VIncent, 313 E. Cliveden Street, Philadelphia, PA 19119-2321 |
| 14180659 | *+ | PA Turnpike Commission, Violation Processing Center, 8000 C Derry Street, Harrisburg, PA 17111-5287 |
| 14180661 | *P++ | PENN CREDIT CORPORATION, PO BOX 69703, HARRISBURG PA 17106-9703, address filed with court:, PennCredit, 916 S. 14th Street, PO Box 988, Harrisburg, PA 17108-0988 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Nov 29, 2023 | Form ID: 167 | Total Noticed: 35 |

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 01, 2023            Signature:            /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 29, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Wilmington Savings Fund Society FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| CHARLES GRIFFIN WOHLRAB | on behalf of Creditor Wilmington Savings Fund Society FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust bkecf@friedmanvartolo.com |
| CHARLES GRIFFIN WOHLRAB | on behalf of Creditor Wilmington Savings Fund Society bkecf@friedmanvartolo.com |
| CLAIR M. STEWART | on behalf of Debtor Lisa N. Sistrunk clairstewart@cstewartlaw.com clairstewartecfmail@gmail.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KEVIN G. MCDONALD | on behalf of Creditor Wilmington Savings Fund Society FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust bkgroup@kmllawgroup.com |
| MARK A. CRONIN | on behalf of Creditor Wilmington Savings Fund Society FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust bkgroup@kmllawgroup.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor Wilmington Savings Fund Society FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust mfarrington@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 9

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Lisa N. Sistrunk
    Debtor(s)

Case No: 18−15362−mdc
Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

Certification of Default of Stipulation Terms Filed by MARK A. CRONIN on behalf of Wilmington Savings Fund Society, FSB, d/b/a Chistiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust

    on: 1/2/24

    at: 10:30 AM

    in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  11/29/23

Timothy B. McGrath
Clerk of Court

119 − 117
Form 167