# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Lisa N. Sistrunk aka Lisa Rich aka Lisa Rich-Sistrunk<br><br>                              Debtor(s) | CHAPTER 13 |
| Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust, its successors and/or assigns<br>                              Movant<br>       vs. | NO. 18-15362 MDC |
| Lisa N. Sistrunk aka Lisa Rich aka Lisa Rich-Sistrunk<br>                              Debtor(s)<br><br>Kenneth E. West Esq.<br>                              Trustee | |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

   Kindly withdraw the Certification of Default of Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust, which was filed with the Court on or about November 27, 2023, Document No. 117.

Dated: January 23, 2024

                                                        Respectfully submitted,

                                                        /s/Mark A. Cronin
                                                        Mark A. Cronin, Esq.
                                                        KML Law Group, P.C.
                                                        BNY Mellon Independence Center
                                                        701 Market Street, Suite 5000
                                                        Philadelphia, PA  19106
                                                        Phone: (215)-627-1322
                                                        mcronin@kmllawgroup.com