B2830 (Form 2830) (04/22)

# UNITED STATES BANKRUPTCY COURT

EASTERN District Of PENNSYLVANIA

In re  LISA SISTRUNK          Case No. 18-15362
          Debtor

CHAPTER 13 DEBTOR'S CERTIFICATIONS REGARDING
DOMESTIC SUPPORT OBLIGATIONS AND SECTION 522(q)

*Part I. Certification Regarding Domestic Support Obligations (check no more than one)*

Pursuant to 11 U.S.C. Section 1328(a), I certify that:

☒ X    I owed no domestic support obligation when I filed my bankruptcy petition, and I have not been required to pay any such obligation since then.

❏    I am or have been required to pay a domestic support obligation. I have paid all such amounts that my chapter 13 plan required me to pay. I have also paid all such amounts that became due between the filing of my bankruptcy petition and today.

*Part II. If you checked the second box, you must provide the information below.*

My current address:  N/A

My current employer and my employer's address:

*Part III. Certification Regarding Section 522(q) (check no more than one)*

Pursuant to 11 U.S.C. Section 1328(h), I certify that:

☒ X    I have not claimed an exemption pursuant to § 522(b)(3) and state or local law (1) in property that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $189,050* in value in the aggregate.

❏    I have claimed an exemption in property pursuant to § 522(b)(3) and state or local law (1) that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $189,050* in value in the aggregate.

\*    Amounts are subject to adjustment on 4/01/25, and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

B2830 (Form 2830) (page 2)

*Part IV. Debtor's Signature*

      I certify under penalty of perjury that the information provided in these certifications is true and correct to the best of my knowledge and belief.

Executed on _____      _____
           Date                                         Debtor
                                                    LISA SISTRUNK, DEBTOR

*Signature:* Lisa Nicole Sistrunk (Feb 10, 2026 15:20:40 EST)

# TO SIGN - Domestic Support - Sistrunk

Final Audit Report 2026-02-10

| | |
|---|---|
| Created: | 2026-02-10 |
| By: | Clair Stewart (clairstewart@cstewartlaw.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAgNuKRysU_6YgS41jERyLyBPnBU008HuR |

## "TO SIGN - Domestic Support - Sistrunk" History

- Document created by Clair Stewart (clairstewart@cstewartlaw.com)
  2026-02-10 - 8:18:01 PM GMT- IP address: 100.19.44.190

- Document emailed to lee0430@aol.com for signature
  2026-02-10 - 8:18:05 PM GMT

- Email viewed by lee0430@aol.com
  2026-02-10 - 8:19:31 PM GMT- IP address: 69.147.92.219

- Signer lee0430@aol.com entered name at signing as Lisa Nicole Sistrunk
  2026-02-10 - 8:20:38 PM GMT- IP address: 73.165.39.16

- Document e-signed by Lisa Nicole Sistrunk (lee0430@aol.com)
  Signature Date: 2026-02-10 - 8:20:40 PM GMT - Time Source: server- IP address: 73.165.39.16

- Agreement completed.
  2026-02-10 - 8:20:40 PM GMT

Adobe Acrobat Sign