Certificate Number: 14688-PAE-DE-040622904

Bankruptcy Case Number: 18-15362



14688-PAE-DE-040622904

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>February 13, 2026</u>, at <u>9:41</u> o'clock <u>AM EST</u>, Lisa Sistrunk completed a course on personal financial management given <u>by internet</u> by <u>$10 Debtor Education, LLC</u>, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>February 15, 2026</u>          By:      <u>/s/Helen L. Cagle</u>

Name:  <u>Helen L. Cagle</u>

Title:   <u>Managing Director</u>