*Form 138OBJ* (6/24)–doc 146 – 143

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                    )
   Lisa N. Sistrunk                                  )          Case No. 18–15362–djb
   aka Lisa Rich                                    )
   aka Lisa Rich–Sistrunk                            )
                                                    )          Chapter: 13
   Debtor(s).                                       )
                                                    )

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: February 17, 2026                                   For The Court

                                                       Mohung Wong
                                                       Clerk of Court