United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-15362-djb |
| Lisa N. Sistrunk | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Feb 17, 2026 | Form ID: 138OBJ | Total Noticed: 36 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 19, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lisa N. Sistrunk, 313 E. Cliveden Street, Philadelphia, PA 19119-2321 |
| 14180645 | + | American Web Loan, 2128 N 14th St #130, Ponca City, OK 74601-1831 |
| 14180650 | | Ditech, Attn: Bankruptcy, Po Box 6172, Rapid City, SD 57709 |
| 14180651 | + | Ditech Financial LLC, 3000 Bayport Drive Suite 8800, Tampa, FL 33607-8402 |
| 14180653 | + | Joseph Donald Vincent, 313 E Cliveden Street, Philadelphia, PA 19119-2321 |
| 14180655 | + | Kevin G. McDonald, Esquire, KML Law Group PC, 701 Market Street Suite 5000, Philadelphia, PA 19106-1541 |
| 14180658 | + | PA Turnpike Commission, Violation Processing Center, 8000 C Derry Street, Harrisburg, PA 17111-5287 |
| 14197163 | + | Rebecca A Solarz, Esquire, KML Law Group, P.C., c/o Rushmore Managment Servicer, for Wilmington Savings Fund Society, 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Feb 18 2026 04:15:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 18 2026 04:15:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14184272 | Email/Text: Bankruptcy.RI@Citizensbank.com | Feb 18 2026 04:15:00 | Citizens Bank N.A., One Citizens Way JCA115, Johnston, RI 02919 |
| 14212450 | Email/Text: Bankruptcy.RI@Citizensbank.com | Feb 18 2026 04:15:00 | Citizens Bank NA, One Citizens Way JCA115, Johnston, RI 02919 |
| 14212449 | Email/Text: Bankruptcy.RI@Citizensbank.com | Feb 18 2026 04:15:00 | Citizens Bank, NA, Attn: Bankruptcy Department, One Citizens Plaza, Providence, RI 02903 |
| 14180646 | Email/Text: Bankruptcy.RI@Citizensbank.com | Feb 18 2026 04:15:00 | Citiznsbnkna, Attn: Bankruptcy Department, One Citizens Plaza, Providence, RI 02903 |
| 14264078 | Email/Text: megan.harper@phila.gov | Feb 18 2026 04:15:00 | City of Philadelphia, Law Department Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14181721 | + Email/Text: bankruptcy@cavps.com | Feb 18 2026 04:15:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14180647 | + Email/Text: bankruptcy@philapark.org | Feb 18 2026 04:15:00 | City of Philadelphia Parking Violations, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14180648 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 18 2026 04:15:00 | Comenity Bank/Express, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14180649 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 18 2026 04:15:00 | Comenitybank/New York, Attn: Bankruptcy Dept, |

District/off: 0313-2 | User: admin | Page 2 of 3

Date Rcvd: Feb 17, 2026 | Form ID: 138OBJ | Total Noticed: 36

| | | | | |
|---|---|---|---|---|
| | | | | Po Box 182125, Columbus, OH 43218-2125 |
| 14180652 | | Email/Text: exeter@ebn.phinsolutions.com | Feb 18 2026 04:15:00 | Exeter Finance Corp, Po Box 166008, Irving, TX 75016 |
| 14213705 | | Email/Text: exeter@ebn.phinsolutions.com | Feb 18 2026 04:15:00 | Exeter Finance LLC, PO Box 650693, Dallas TX 75265-0693 |
| 14182281 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 18 2026 04:24:27 | Exeter Finance LLC, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14586976 | | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 18 2026 04:15:00 | JEFFERSON CAPITAL SYSTEMS LLC, PO Box 7999, St Cloud MN 56302 |
| 14180656 | ^ | MEBN | Feb 18 2026 04:14:13 | Mercantile Adjustment Bureau, LLC, 165 Lawrence Bell Drive, Suite 100, Buffalo, NY 14221-7900 |
| 14180657 | + | Email/Text: bankruptcy@moneylion.com | Feb 18 2026 04:15:00 | Moneylion, Po Box 1547, Sandy, UT 84091-1547 |
| 14180660 | | Email/Text: bankruptcies@penncredit.com | Feb 18 2026 04:15:00 | PennCredit, 916 S. 14th Street, PO Box 988, Harrisburg, PA 17108-0988 |
| 14191967 | ^ | MEBN | Feb 18 2026 04:14:14 | Philadelphia Gas Works, 800 W Montgomery Avenue, Philadelphia Pa 19122-2898, Attn: Bankruptcy Dept 3F |
| 14212663 | | Email/Text: bnc-quantum@quantum3group.com | Feb 18 2026 04:15:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14180662 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Feb 18 2026 04:24:33 | Regional Acceptance Co, 304 Kellm Road, Virginia Beach, VA 23462-2712 |
| 14189917 | | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Feb 18 2026 04:24:33 | Regional Acceptance Corporation, PO Box 1847, Wilson, NC 27894-1847 |
| 14216655 | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 18 2026 04:15:00 | Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
| 14932362 | + | Email/Text: bkteam@selenefinance.com | Feb 18 2026 04:15:00 | U.S. BANK TRUST NATIONAL ASSOCIATION, SELENE FINANCE LP, ATTN: BK DEPT, 3501 OLYMPUS BLVD, SUITE 500, DALLAS, TX 75019-6295 |
| 14180663 | + | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | Feb 18 2026 04:24:27 | Wells Fargo Jewelry Advantage, Attn: Bankruptcy, Po Box 10438, Des Moines, IA 50306-0438 |
| 14531257 | + | Email/Text: RASEBN@raslg.com | Feb 18 2026 04:15:00 | Wilmington Savings Fund Society, CO Charles Wohlrab, Esq., Robertson, Anschutz, Schneid & Crane LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth GA 30097-8461 |
| 14525263 | + | Email/Text: bkteam@selenefinance.com | Feb 18 2026 04:15:00 | Wilmington Savings Fund Society, FSB, Selene Finance LP, Attn: BK Dept, 3501 Olympus Blvd, Suite 500, Dallas, TX 75019-6295 |
| 14180664 | + | Email/Text: admin@rosebudlending.com | Feb 18 2026 04:15:00 | Zoca Loans/Rosebud Lending LZO, 27565 Research Park Dr, PO Box 1147, Mission, SD 57555-1147 |

TOTAL: 28

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14180654 | *+ | Joseph Donald VIncent, 313 E. Cliveden Street, Philadelphia, PA 19119-2321 |
| 14180659 | *+ | PA Turnpike Commission, Violation Processing Center, 8000 C Derry Street, Harrisburg, PA 17111-5287 |
| 14180661 | *P++ | PENN CREDIT CORPORATION, PO BOX 69703, HARRISBURG PA 17106-9703, address filed with court:, PennCredit, 916 S. 14th Street, PO Box 988, Harrisburg, PA 17108-0988 |

District/off: 0313-2                          User: admin                                    Page 3 of 3
Date Rcvd: Feb 17, 2026                       Form ID: 138OBJ                                 Total Noticed: 36
TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 19, 2026                     Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 17, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| CLAIR M. STEWART | on behalf of Debtor Lisa N. Sistrunk clairstewart@cstewartlaw.com  clairstewartecfmail@gmail.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION  NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST bkgroup@kmllawgroup.com |
| JORDAN MATTHEW KATZ | on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION  NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST jkatz@raslg.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KEVIN G. MCDONALD | on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust bkgroup@kmllawgroup.com |
| MICHELLE L. MCGOWAN | on behalf of Creditor U.S.Bank Trust National Association  not in its individual capacity but solely as owner trustee forRCF 2 Acquisition Trust mimcgowan@raslg.com |
| MICHELLE L. MCGOWAN | on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION  NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST mimcgowan@raslg.com |
| MICHELLE L. MCGOWAN | on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust mimcgowan@raslg.com |
| MICHELLE L. MCGOWAN | on behalf of Creditor Wilmington Savings Fund Society mimcgowan@raslg.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 11

*Form 138OBJ* (6/24)–doc 146 – 143

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                      )
   Lisa N. Sistrunk                                    )          Case No. 18−15362−djb
   aka Lisa Rich                                       )
   aka Lisa Rich−Sistrunk                              )
                                                       )          Chapter: 13
   Debtor(s).                                          )
                                                       )

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: February 17, 2026                              For The Court

                                                    Mohung Wong
                                                    Clerk of Court